■ The People of the State of New York, Respondent, v James Aldrich, Appellant. [11 NYS3d 493]—Appeal from an order of the Wyoming County Court (Mark H. Dadd, J.), dated July 11, 2013. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Carni, Lindley, Valentino and Whalen, JJ.